IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ZUFFA, LLC d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC), | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No.  2:11cv156-WHA |
| PIYUSH A. PATEL etc., et al., | ) ) | (wo) |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the court's November 21, 2011 Order granting summary judgment to the Plaintiff as to liability (Doc. #23), and in accordance with the Order entered on this date finding that the damages requested by the Plaintiff and unopposed by the Defendants are due to be awarded,

FINAL JUDGMENT is hereby entered in favor of Zuff, LLC d/b/a The Ultimate Fighting Championship and against Piyush Patel a/k/a Piyushkumar A. Patel, individually and as officer, director, shareholder, and/or principal of PLK 10, L.L.C. d/b/a Reflections at Woodmere a/k/a Reflections and PLK 10, L.L.C. and against PLK 10, L.L.C. d/b/a Reflections at Woodmere a/k/a Reflections in the amount $44,181.00, inclusive of attorneys' fees and costs.

Done this 14th day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE